UNITED STATES *v.* WILLIAMS (No. 775).[1]

AFFIRMED on the authority of United States *v.* Morris European & American Express Co. (3 Ct. Cust. Appls., 146; T. D. 32386).

### United States Court of Customs Appeals, April 1, 1912.

APPEAL from Board of United States General Appraisers, Abstract 26570 (T. D. 31866).

[Affirmed.]

*William L. Wemple,* Assistant Attorney General (*William K. Payne,* Deputy Assistant Attorney General, on the brief), for the United States.

*Curie, Smith & Maxwell* (*W. Wickham Smith* and *Thomas M. Lane* of counsel) for appellee.

Before MONTGOMERY, SMITH, BARBER, DEVRIES, and MARTIN, Judges.

DE VRIES, Judge, delivered the opinion of the court:

The issues of law presented in this cause and the decision are substantially the same as those presented in United States *v.* Morris European & American Express Co., *supra* (T. D. 32386). The facts, however, in this case are different. The finding of the Board of General Appraisers that these importations are "artistic antiques," based upon conflicting statements in the record and photographs of the articles, seems amply supported. For these reasons and those in said case given and upon the construction therein announced, the decision of the Board of General Appraisers herein should be, and is, *affirmed.*